■ In the Matter of SHANIYAH D.C. and Another, Infants. OLIVIA C., Appellant; ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent. [39 NYS3d 756]—

Appeal from order of fact-finding and disposition, Family Court, Bronx County (Karen I. Lupuloff, J.), entered on or about December 24, 2014, upon consent, which granted a final order of custody to the nonparty father of the subject children, unanimously dismissed, without costs, as taken from a nonappealable order.

The record reflects that respondent consented to the dispositional order. Since no appeal lies from an order entered on consent, the appeal is dismissed (see Matter of Ian C., 254

AD2d 132 [1st Dept 1998]). Were we to address the merits, we would find that the record shows that, contrary to respondent's argument, the parties engaged in a discussion devoted to appellate waivers, and the court made clear that the appellate waiver was separate and apart from the other rights at issue (*see People v Cole*, 165 AD2d 737 [1st Dept 1990], *lv denied* 76 NY2d 1020 [1990]). In addition, respondent's counsel conferred with and explained the waiver to her, in open court, and, several times, on the record, she indicated that she understood that she was waiving her right to appeal. Accordingly, we conclude respondent's waiver was valid, and decline to consider any issues she raised on appeal (*see People v Callahan*, 80 NY2d 273, 280 [1992]).

We have considered respondent's remaining arguments, and find them unavailing. Concur—Tom, J.P., Mazzarelli, Richter, Manzanet-Daniels and Webber, JJ.